George Haines, Esq.
Nevada Bar No. 9411
David Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave.
Las Vegas, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@hainesandkrieger.com
Attorney for Payne Kee

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>**Payne Kee**,<br><br>      Debtor(s). | ) Case No. BKS-18-15997-ABL<br>) Chapter 13<br>)<br>) **Hearing Date:**<br>) **Hearing Time:**<br>)<br>)<br>)<br>) |

### ORDER ON DEBTOR'S MOTION FOR CONTINUATION OF AUTOMATIC STAY TO ALL CREDITORS

**THE DEBTOR'S MOTION FOR CONTINUATION OF AUTOMATIC STAY TO ALL CREDITORS** filed by the Debtor, having come on for hearing on the date and time above, the Court having considered any objections filed or raised at the hearing, it is hereby:

ORDERED that:

1. Debtors' Motion to Continue Stay is hereby **GRANTED**

Dated: October 10, 2018

/s/George Haines, Esq.
George Haines, Esq.
Attorney for Debtor(s)

### **ALTERNATIVE METHOD re: RULE 9021**:

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___ The court has waived the requirement set forth in 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

APPROVED:

DISAPPROVED:

FAILED TO RESPOND:

_x__ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Submitted by: /s/George Haines Esq.
George Haines, Esq.
Attorney for the Debtor(s)

###