The Law Offices of Christine A. Roberts PLLC
Christine A. Roberts, Esq.
Nevada Bar No: 6472
3815 S. Jones Blvd. Suite 5
Las Vegas, NV 89103
Telephone: (702) 728-5285
Email: christine@crobertslaw.net

Attorneys for HLS of Nevada LLC *dba* Nevada West Financial

UNITED STATES BANKRUPTCY COURT
District of Nevada

In Re )
)
SAMUEL L. BUCHANAN and )  CASE NO.: BK-S-18-11656-mkn
)
DEBRA G. BUCHANAN )  Chapter 13
)
)
            Debtors. )  **STIPULATION FOR ADEQUATE**
)  **PROTECTION PAYMENTS**
)
)
)
)
)
)

    COMES NOW, HLS of Nevada LLC *dba* Nevada West Financial ("Creditor"), by and through its attorney, Christine A. Roberts, of The Law Offices of Christine A. Roberts PLLC, and Debtors Samuel L. Buchanan and Debra G. Buchanan by and through their counsel Peter Aldous, Esq. and stipulate and agree to adequate protection payments.

/ / /

/ / /

/ / /

- 1 -

346400-v1

## STIPULATED FACTS

1. On or about March 28, 2018, the Debtors filed this Chapter 13 Voluntary Petition and an order for relief was entered. Debtors have filed a previous bankruptcy. Debtors filed one Chapter 13 bankruptcy case, Case No. 13-63479 in the State of Georgia. Debtors received their Chapter13 discharge on October 4, 2013.

2. Debtors, Samuel and Debra Buchanan entered into a Vehicle Sale Agreement with Nevada West Financial for a 2015 Honda Civic, Vin # 19XFB2F73FE090376 in the amount of $17,545.04. (*See* Exhibit 1, a copy of the agreement). (*See* also Declaration of Mathew Kane filed in support of this matter).

3. The agreement term commenced on July 25, 2016 and continued until June 25, 2022. According to the contact the Debtors agreed to pay $403.12 monthly at an annual interest rate of 18%. The loan payoff, including interest as of September 6, 2018, is $14,694.60.

4. Debtors first Chapter 13 plan purported to pay the value of the vehicle at a reduced interest rate and Debtors made the payments directly to the creditor.

5. After the filing of the plan Debtors filed an Amended Plan proposing to make the vehicle payments to the Trustee.

6. The parties have now reached an agreement for the amount of the payments, the interest rate and to pay the Creditor monthly pre-confirmation.

## SETTLEMENT TERMS

IT IS HEREBY STIPULATED AND AGREED that Debtors shall pay HLS the sums due and owing on the loan except that the interest rate will be reduced to 6.5%;

IT IS FURTHER STIPUALTED AND AGREED that the Chapter 13 Trustee shall make regular monthly payments of $321.89 to HLS beginning October 25, 2018 and on the 25th day each month thereafter until all 53 payments are made under the plan;

IT IS FURTHER STIPULATED AND AGREED that if Debtors fail to make any payment timely pursuant to the terms of this stipulation Nevada West Financial may file an ex parte

346400-v1

1 application for an order for relief from stay allowing Debtor to turnover the vehicle to the Creditor or
2 allowing the Creditor to repossess the vehicle immediately;
3     IT IS FURTHER STIPULATED AND AGREED that this stipulation and order shall remain
4 in full effect and shall be binding upon the conversion of the case;
5     IT IS FURTHER STIPUALTED AND AGREED that Debtor shall maintain insurance on the
6 vehicle and timely pay any and all registration fees for the vehicle.

Dated this 2nd day of October 2018

*/s/ Christine A. Roberts*
Christine A. Roberts Esq.
Law Offices of Christine A. Roberts
3815 S. Jones Blvd. Ste. 5
Las Vegas, NV 89103
Attorney for HLS of Nevada LLC

Dated this 18 th day of October 2018

By:   */s/ Peter Aldous*
Peter Aldous, Esq.
Haines & Kreiger LLC
8985 S. Eastern Ave Ste. 350
Henderson, NV 89123
Attorney for Debtors

346400-v1